# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 13, 2016

## NO. 03-14-00487-CV

**Carroll Ned McElwrath, Appellant**

**v.**

**Valerie McElwrath, Appellee**

### APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on May 16, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for trial on the merits. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.